# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVEN IVEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-478-Orl-22DAB**

**HENRY PAULSON, Secretary, United States Department of Treasury,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis (Doc. No. 2) filed on March 21, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied and that the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 26, 2007 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3. The Complaint is **DISMISSED**, with prejudice, for failure to state a claim pursuant to 28 U.S.C. §1915(e).

    4.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 16, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Steven Ivey, *pro se*